UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-62854-MGC

ALEXIS SIERRA DIXON,

    Plaintiff,

vs.

RAINBOW USA, INC.
d/b/a RAINBOW SHOPS,

    Defendant.

_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs     Yes **X**    No ____
2. Motions for Attorney's Fees     Yes **X**    No ____
3. Motions for Sanctions     Yes **X**    No ____

01-02-19
(Date)    (Signature-Plaintiff's Counsel)

01-02-19
(Date)    (Signature-Plaintiff's Counsel)

1-2-19
(Date)    (Signature-Defendant's Counsel)

_____
(Date)    (Signature-Defendant's Counsel)